The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MASTERS SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVERY COMMUNICATIONS, INC., et al., <br><br> Defendants. | NO.   2:10-CV-405-RAJ <br><br> **ORDER** |

This matter comes before the court on the parties' stipulation (Dkt. # 47). The court GRANTS the stipulation (Dkt. # 47), and ORDERS that the deadline for filing protective orders, as identified in the parties' Joint Status Report (Dkt. # 39) at 4, is extended to August 13, 2010.

DATED this 30th day of July, 2010.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

Order
Case No. 2:10-cv-405-RAJ

1

The Sherman Law Firm, PLLC
1111 Third Ave., Suite 2230
Seattle, WA 98101
(206) 552-9607