The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MASTERS SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVERY COMMUNICATIONS, INC., THE LEARNING CHANNEL, INC., THE LEARNING CHANNEL, LLC, and BARTOLO "BUDDY" VALASTRO, <br><br> Defendants. | NO.   2:10-CV-405-RAJ <br><br> **NOTICE OF CIVIL APPEAL** <br><br> **PRELIMINARY INJUNCTION APPEAL** <br><br> **The Honorable Richard A. Jones** |

**TO THIS COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT** Discovery Communications, Inc., The Learning Channel, Inc., The Learning Channel, LLC, and Bartolo "Buddy" Valastro[1],

---

[1] Defendant Bartolo Valastro filed a motion to dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6). Although Valastro continues to contest this Court's exercise of personal jurisdiction over him as a party, to avoid any potential prejudice to Valastro should the Court ultimately determine that it has personal jurisdiction, Valastro joins in this Notice of Appeal without waiving any of his defenses.

Notice of Civil Appeal
Case No. 2:10-cv-405-RAJ

1

The Sherman Law Firm, PLLC
1111 Third Ave., Suite 2230
Seattle, WA 98101
(206) 552-9607

defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order of July 16, 2010 Granting Plaintiff's Motion for Preliminary Injunction.  The Order is attached hereto.

Dated:  August 16, 2010			THE SHERMAN LAW FIRM, PLLC

/s/ William Sherman
William Sherman
THE SHERMAN LAW FIRM, PLLC
1111 Third Ave., Suite 2230
Seattle, Washington 98104
(206) 552-9607

Anthony V. Lupo (admitted *pro hac vice*)
Randall A. Brater (admitted *pro hac vice*)
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington DC 20036
(202) 857-6000

*Counsel for Defendants Discovery Communications, Inc., The Learning Channel, Inc., The Learning Channel, LLC, and Bartolo "Buddy" Valastro*

Notice of Civil Appeal
Case No. 2:10-cv-405-RAJ

2

The Sherman Law Firm, PLLC
1111 Third Ave., Suite 2230
Seattle, WA 98101
(206) 552-9607

## REPRESENTATION STATEMENT

Pursuant to 9th Cir. R. 3-2, the names of all parties to the Judgment appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY TO JUDGMENT APPEALED FROM | COUNSEL REPRESENTING PARTY |
|---|---|
| Defendants/Appellants<br>Discovery Communications, Inc., The Learning Channel, Inc., Bartolo "Buddy" Valastro | Anthony V. Lupo, Esq.<br>Randall A. Brater, Esq.<br>Arent Fox LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 857-6000 |
| Defendants/Appellants<br>Discovery Communications, Inc., The Learning Channel, Inc., Bartolo "Buddy" Valastro | William Sherman, Esq.<br>The Sherman Law Firm PLLC<br>1111 Third Avenue, Suite 2230<br>Seattle, WA 98101<br>Telephone: (206) 552-9607 |
| Plaintiff/Appellee<br>Masters Software, Inc. | Kathleen D. Long, Esq.<br>Law Office of K.D. Long, PLLC<br>1741 First Avenue South, Suite 200<br>Seattle, WA 98134<br>Telephone: (206) 569-0314<br>Facsimile: (206) 569-0313 |
| Plaintiff/Appellee<br>Masters Software, Inc. | J. David Stahl<br>Mundt MacGregor LLP<br>271 Wyatt Way NE, Ste. 106<br>Bainbridge Is., WA 98110 |

Dated: August 16, 2010                    THE SHERMAN LAW FIRM, PLLC

                                          /s/ William Sherman

Notice of Civil Appeal
Case No. 2:10-cv-405-RAJ

The Sherman Law Firm, PLLC
1111 Third Ave., Suite 2230
Seattle, WA 98101
(206) 552-9607

1

2    William Sherman
     THE SHERMAN LAW FIRM, PLLC
3    1111 Third Ave., Suite 2230
4    Seattle, Washington 98104
     (206) 552-9607
5
     Anthony V. Lupo (admitted *pro hac vice*)
6    Randall A. Brater (admitted *pro hac vice*)
7    ARENT FOX LLP
     1050 Connecticut Avenue NW
8    Washington DC 20036
     (202) 857-6000
9

10   *Counsel for Defendants Discovery Communications, Inc., The Learning Channel,*
11   *Inc., The Learning Channel, LLC, and Bartolo*
12   *"Buddy" Valastro*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

Notice of Civil Appeal
Case No. 2:10-cv-405-RAJ

The Sherman Law Firm, PLLC
1111 Third Ave., Suite 2230
Seattle, WA 98101
(206) 552-9607

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2010, I caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via the CM/ECF system to:

Kathleen D. Long
Law Offices of K.D. Long, PLLC
1741 First Avenue South, Suite 200
Seattle, WA 98134

J. David Stahl
Mundt MacGregor LLP
271 Wyatt Way NE, Suite 106
Bainbridge Island, WA 98110

/s/ William Sherman
William Sherman

Notice of Civil Appeal
Case No. 2:10-cv-405-RAJ

1

The Sherman Law Firm, PLLC
1111 Third Ave., Suite 2230
Seattle, WA 98101
(206) 552-9607