Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASTERS SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVERY COMMUNICATIONS, INC., THE LEARNING CHANNEL, INC., THE LEARNING CHANNEL, LLC, and BARTOLO "BUDDY" VALASTRO, <br><br> Defendants. | NO. 2:10-CV-405-RAJ <br><br> STIPULATION AND ORDER DISSOLVING PRELIMINARY INJUNCTION, EXONERATING INJUNCTION BOND AND DISMISSING ACTION WITH PREJUDICE |

## STIPULATION

Plaintiff, Masters Software, Inc., and defendants, Discovery Communications, Inc., The Learning Channel, Inc., The Learning Channel, LLC and Bartolo "Buddy" Valastro, by and through their undersigned counsel of record, hereby stipulate to entry of the subjoined Order (1) dissolving the preliminary injunction issued herein on July 16, 2010, (2) exonerating the injunction bond posted by Plaintiff herein, and (3) dismissing this action with prejudice and without award of costs or attorneys' fees to either party.

///

///

///

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 1

MUNDT MACGREGOR L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950

DATED this _19th_ day of October, 2010.

| LAW OFFICE OF K.D. LONG, PLLC | THE SHERMAN LAW FIRM, PLLC |
|---|---|
| By _/s/ Kathleen D. Long_<br>Kathleen D. Long | By _/s/ William R. Sherman_<br>William R. Sherman |

MUNDT MacGREGOR L.L.P.

By _/s/ J. David Stahl_
J. David Stahl

Attorneys for Plaintiff, Masters Software, inc.

Anthony V. Lupo (admitted *pro hac vice*)
Randall A. Brater (admitted *pro hac vice*)
ARENT FOX LLC

Attorneys for Defendants, Discovery Communications, Inc., The Learning Channel, Inc., The Learning Channel, LLC and Bartolo "Buddy" Valastro

Paul B. Gaffney
Sarah F. Teich
WILLIAMS & CONNOLLY

Attorneys for Defendants Discovery Communications, Inc., The Learning Channel, Inc. and The Learning Channel, LLC

### ORDER

PURSUANT TO the foregoing Stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. The preliminary injunction issued herein on July 16, 2010 is DISSOLVED and of no further force or effect;

2. The injunction bond posted by Plaintiff, Masters Software, Inc. herein, Bond No. 0539558, issued by International Fidelity Insurance Company, is EXONERATED and DISCHARGED; and

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 2

MUNDT MACGREGOR L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950

3. This action is DISMISSED WITH PREJUDICE and without award of attorneys' fees or costs to either party.

DATED this _____ day of October, 2010.

_____
Honorable Richard A. Jones

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 3

MUNDT MACGREGOR L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950

Presented by:

LAW OFFICE OF K.D. LONG, PLLC

By _*Kathleen D. Long*_
Kathleen D. Long
WSB No. 38317

MUNDT MacGREGOR L.L.P.

By _*J. David Stahl*_
J. David Stahl
WSB No. 14113

Attorneys for Plaintiff, Masters Software, Inc.

Entry approved; Notice of presentation waived:

THE SHERMAN LAW FIRM, PLLC

By _*William Sherman*_
William R. Sherman

Anthony V. Lupo
Randall A. Brater
ARENT FOX LLC

Attorneys for Defendants, Discovery Communications, Inc., The Learning Channel, Inc., The Learning Channel, LLC and Bartolo "Buddy" Valastro

Paul B. Gaffney
Sarah F. Teich
WILLIAMS & CONNOLLY

Attorneys for Defendants Discovery Communications, Inc., The Learning Channel, Inc. and The Learning Channel, LLC

U:\JDST\PLEADINGS\STIPDISMISSWPREJ-3985-001A.DOCX

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 4

MUNDT MACGREGOR L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950

Certificate of Service

Kathleen Long declares as follows:

I hereby certify that on October 21, 2010, I electronically filed the foregoing Stipulation and Order Dissolving Preliminary Injunction, Exonerating Injunction Bond, and Dismissing Action with Prejudice with the Clerk of the Court for the U.S. District Court for the Western District of Washington (Seattle) by using the CM/ECF system. The following participants will receive service through the CM/ECF system:

| Co-Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| J.D. Stahl<br>Mundt MacGregor LLP<br>271 Wyatt Way NE, Suite 106<br>Bainbridge Island, WA 98110 | William R. Sherman<br>Sherman & Leary, PLLC<br>1111 Third Avenue, Suite 2230<br>Seattle, Washington 98101<br><br>Anthony V. Lupo<br>Randall A. Brater<br>ARENT FOX<br>1050 Connecticut Ave NW<br>Washington, DC 20036-5339<br><br>Paul B. Gaffney<br>Sarah F. Teich<br>WILLIAMS & CONNOLLY<br>725 12TH Street NW<br>Washington, D.C. 2005-5901 |

_____
Kathleen Long